No. 9680. In the Matter of the Estate of CLEMENT E. BOWERS, also known as CLEM E. BOWERS or C. E. BOWERS, deceased. STATE BOARD OF EQUALIZATION of the State of Montana and STATE OF MONTANA, APPELLANTS; v. ANNA B. BOWERS, as Executrix of the Last Will and Testament of CLEMENT E. BOWERS, also known as CLEM E. BOWERS or C. E. BOWERS, Deceased, RESPONDENT.

301 Pac. (2d) 576.

Decided Sept. 27, 1956.

*Arnold H. Olsen,* Atty Gen., and *H. O. Vralsted,* Asst. Atty. Gen., for appellant.

*H. J. Luxan, Jr.,* and *A. W. Scribner,* Helena, for respondent.

Per Curiam.

On written stipulation of counsel for the respective parties hereto, it is ordered that this appeal be and it is hereby dismissed.

No. 9585. W. L. FELIX, PLAINTIFF AND APPELLANT, v. WILLIAM J. WOLFE, and COMMUNITY GAS & OIL CO., a Corporation, DEFENDANTS AND RESPONDENTS.

301 Pac. (2d) 740.

Decided Oct. 2, 1956.

*Joseph P. Hennessey,* Billings, for appellant.

*Coleman, Jameson & Lamey,* Billings, for respondents.

Per Curiam.

Pursuant to written stipulation of counsel for the respective parties, it is ordered that the above numbered and entitled appeal be, and it is hereby dismissed as fully settled on the merits.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES DAVIS and BOTTOMLY, concur.